

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

May 28, 2014

RE:     Court of Appeals Number:   02-13-00470-CR
        Trial Court Case Number:   1304126R

        Court of Appeals Number:   02-13-00471-CR
        Trial Court Case Number:   1304127R

Style:  Jose Luis Acosta
        v.
        The State of Texas

The above causes have been abated to the trial court on this date pursuant to the attached order.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Debra Spisak, Clerk